closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLEARMAN'S NORTH WOODS INN, INC., a California corporation; THOMAS L. WILLIS as an Individual and in his Capacity as Trustee for the WALLIS M. CLEARMAN TRUST; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No.  2:18-cv-01195-JFW-JEMx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed:   February 13, 2018<br>Trial Date:             None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Timothy Cleveland's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 2, 2018

                                                Hon. John F. Walter
                                                United States District Judge